UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUMINTRIUS DAMOUR GUNN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>STANTON CORRECTIONAL FACILITY, et al.,<br><br>　　　　Defendants. | No. 2:21-cv-0295 CKD P<br><br><br>ORDER |

　　　　Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a certified copy of his inmate trust account statement for the six-month period immediately preceding the filing of the complaint.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

　　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff shall submit, within thirty days from the date of this order, a completed affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk

1  of Court;

2      2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In
3  Forma Pauperis By a Prisoner; and

4      3. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of
5  his inmate trust account statement for the six-month period immediately preceding the filing of
6  the complaint. Plaintiff's failure to comply with this order will result in a recommendation that
7  this action be dismissed without prejudice.

8  Dated: February 19, 2021

                    _[signature]_
                    CAROLYN K. DELANEY
                    UNITED STATES MAGISTRATE JUDGE

16  12/gunn0295.3c.new